# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### *Pro Se* Non-Prisoner Complaint Form

RECEIVED
U.S. DIST. CLERK, GREENVILLE.SC

2012 OCT -1  A 11: 20

*[Enter the full name of the plaintiff in this action]*          )    Civil Action No.
                                                                 )
SEE ATTACHMENT                                                   )    *(to be assigned by Clerk)*
                                                                 )
_____                                 )
                                                                 )
                                                                 )
v.                                                               )
                                                                 )
*[Enter the full name of each defendant in this*                 )
*action.  If possible, please list only one defendant*           )
*per line.]*                                                     )
                                                                 )
SEE ATTACHMENT                                                   )
                                                                 )
_____                                 )
                                                                 )
_____                                 )
                                                                 )
_____                                 )
                                                                 )
_____                                 )
                                                                 )
_____                                 )
                                                                 )
_____                                 )
                                                                 )
_____                                 )
                                                                 )

***If allowed by statute, do you wish to have a trial by jury?*** **Yes** __X__        **No** _____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

## I.  PREVIOUS LAWSUITS

A.  *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes ___X*___   No _____        *SEE ATTACHMENT

B.  *If your answer to A is Yes, describe the lawsuit in the space below.  [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1.  *Parties to this previous lawsuit:*
    *Plaintiff:* _____SAME_____
    *Defendant(s):* __SOME OF SAME: ADDITIONAL DEFENDANTS AND__ COUNTS
2.  *Court:* _____SAME_____

*(If federal court, name the district; if state court, name the county)*

3.  *Docket Number:* _____ SEE ATTACHMENT _____

4.  *Name(s) of Judge(s) to whom case was assigned:* _HERLONG/MCDONALD - DEFENDANTS

5.  *Status of Case:* __DISMISSED - wrongfully_____
    *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6.  *Date lawsuit was filed:* ___1/11_____

7.  *Date of disposition (if concluded):* ___Unsure_____

C.  *Do you have any other lawsuit(s) pending in the federal court in South Carolina?*

Yes _____   No __X____

## II.  PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A.  Name of Plaintiff: _____Judy and Gary White_____

Address: __7032 Greenwood Lane, Leeds, AL   35094_____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B.  Name of Defendant: _____See Attachment_____

Address: _____

C.  *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

_____

_____

_____

_____

_____

_____

_____

_____

_____

## III.  STATEMENT OF CLAIM
*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

SEE ATTACHMENT

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

SEE ATTACHMENT

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 29th day of September, 20 12.

Judy White
*Signature of Plaintiff*